IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JO BENOIT,

    Plaintiff,

v.                                       CIVIL ACTION NO. 1:16-00073

BARBARA RICKARD, Warden,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's "Motion to Compel (Doc. No. 13) for the Release of Information Re: 224 Conduct Code (Doc. No. 15) DHO." (ECF No. 27). By Order entered on March 29, 2017, the court ordered plaintiff to inform the court whether she wished for that document to be construed as a Notice of Appeal. See United States v. Reid, No. 10-7750, 419 F. App'x 310, 310 n.1 (4th Cir. Mar. 21, 2011). On April 10, 2017, plaintiff indicated that she wished to appeal this case. (ECF No. 29). Accordingly, plaintiff's motion, ECF No. 27, is **DENIED** as moot.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record and to plaintiff, pro se.

IT IS SO ORDERED this 12th day of April, 2017.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge